**Amy P. Lally (SBN 198555)**
**alally@sidley.com**
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California 90013**
**Telephone: (213) 896-6642**

**Rachel B. Niewoehner, *pro hac vice***
**RNiewoehner@Sidley.com**
**Julie M. Weber, *pro hac vice***
**JMWeber@Sidley.com**
**SIDLEY AUSTIN LLP**
**1 S. Dearborn St.**
**Chicago, Illinois 60603**
**Telephone: (312) 853-7000**

**Attorneys for Defendant**
**American Home Shield Corp.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. KOHL, individually, and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME SHIELD CORP. and ZIP REALTY, INC.,<br><br>Defendants. | Case No.3:12-cv-02827-JM-NLS<br><br><u>CLASS ACTION</u><br><br>**MOTION TO WITHDRAW ATTORNEY APPEARANCE OF JULIE M. WEBER** |

Pursuant to Local Rule 83.3(g)(3), Defendant American Home Shield Corp. ("AHS") hereby moves this Court for leave to withdraw the appearance of Julie M. Weber as attorney of record. In support of this Motion, AHS states:

1. On November 18, 2013, Julie M. Weber will be moving to an in-house counsel position and will no longer be associated with the firm of Sidley Austin LLP and, as such, will no longer represent AHS in this matter.

2. AHS will continue to be represented from other counsel of record from Sidley Austin.

3. This Motion is not intended to delay the proceedings, and granting it will not prejudice any of the parties.

WHEREFORE, AHS respectfully requests that this Court grant this Motion and withdraw the appearance of Julie M. Weber as attorney of record in this matter.

SIDLEY AUSTIN LLP

By: *<u>/s/ Amy P. Lally</u>*
Amy P. Lally
E-mail: alally@sidley.com
Tel. (213) 896-6000

SIDLEY AUSTIN LLP
Rachel B. Niewoehner, *pro hac vice*
E-mail: RNiewoehner@Sidley.com
Julie M. Weber, *pro hac vice*
E-mail: JMWeber@Sidley.com
Tel. (312) 853-7000

*Attorneys for Defendant*
*American Home Shield Corp.*