**Amy P. Lally (SBN 198555)**
**alally@sidley.com**
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California 90013**
**Telephone: (213) 896-6642**

**Rachel B. Niewoehner, *pro hac vice***
**RNiewoehner@Sidley.com**
**Julie M. Weber, *pro hac vice***
**JMWeber@Sidley.com**
**SIDLEY AUSTIN LLP**
**1 S. Dearborn St.**
**Chicago, Illinois 60603**
**Telephone: (312) 853-7000**

**Attorneys for Defendant**
**American Home Shield Corp.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. KOHL, individually, and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME SHIELD CORP. and ZIP REALTY, INC.,<br><br>Defendants. | Case No.3:12-cv-02827-JM-NLS<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF AMY P. LALLY PURSUANT TO LOCAL CIVIL RULE 83.3(g)(3)(b)** |

I, Amy P. Lally, declare as follows:

1. I am a partner at Sidley Austin LLP, counsel of record for defendant American Home Shield Corp. ("AHS") in the above-captioned action. I am admitted to practice before this Court and I submit this declaration in support of the concurrently filed Motion to Withdraw Attorney Appearance of Julie M. Weber ("Motion").

2. Pursuant to Local Civil Rule 83.3(g)(3)(b), I served a copy of the Motion and this declaration via email to in-house counsel for AHS. Sidley Austin LLP will continue to serve as counsel of record for AHS in the above-captioned action. A copy of the Motion and this declaration also were served on all parties in the above-captioned action in the ordinary course via CM/ECF.

SIDLEY AUSTIN LLP

By: */s/ Amy P. Lally*
Amy P. Lally
E-mail: alally@sidley.com
Tel. (213) 896-6000

SIDLEY AUSTIN LLP
Rachel B. Niewoehner, *pro hac vice*
E-mail: RNiewoehner@Sidley.com
Julie M. Weber, *pro hac vice*
E-mail: JMWeber@Sidley.com
Tel. (312) 853-7000

*Attorneys for Defendant American Home Shield Corp.*